# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CALEB S. HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LARRY MILLER and ERIC EISBRENNER,<br><br>　　　　Defendants. | Case No. 1:22-cv-6964 (VSB)<br><br>ECF<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of the Motion to Dismiss Pursuant to F.R.C.P. 12(b)(6) and New York's Anti-SLAPP Statute and for Recovery of Attorneys' Fees and Costs Thereunder, or, Alternatively, for a More Definite Statement under F.R.C.P. 12(e) and the Declaration of Kerry A. Brennan and accompanying exhibits, Defendant Larry Miller will move this Court, before the Honorable Vernon S. Broderick, United States District Judge, Southern District of New York, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, on a date to be determined.

Dated: August 26, 2022
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　BRENNAN LAW FIRM PLLC

　　　　　　　　　　　　　　　　　　　By: _/s/ Kerry A. Brennan_____
　　　　　　　　　　　　　　　　　　　　　Kerry A. Brennan

　　　　　　　　　　　　　　　　　　　902 Broadway, 6th Floor
　　　　　　　　　　　　　　　　　　　New York, NY  10010
　　　　　　　　　　　　　　　　　　　kerry.brennan@brennanlawpllc.com

Tel.: 212-729-1980

Counsel for Defendant Larry Miller

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Notice of Motion has been forwarded by email to the following on this _____ day of August, 2022:

Mr. Josue D. Hernandez,
LAW OFFICE OF ANAITALE VINSKY, P.C., Of Counsel,
Bay Parkway
Brooklyn, NY 11204-5508
VIA EMAIL: jhernandez@denvercontractlaw.com

                                            By: _____
                                                      Kerry A. Brennan