UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
 :
CALEB S. HERNANDEZ, :
 :
                Plaintiff, :
 : 22-CV-6964 (VSB)
    -against- :
 : **ORDER**
LARRY MILLER, et al., :
 :
              Defendants. :
 :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      In light of the Proposed Clerk's Certificate of Default filed in this case, (Doc. 9), it is hereby:

      ORDERED that the teleconference scheduled for September 8, 2022 at 3:00 p.m. is adjourned *sine die*.

SO ORDERED.

Dated:  September 7, 2022
         New York, New York

                                                       Vernon S. Broderick
                                                       United States District Judge