# RETURN OF SERVICE

| State of New York | County of | District Court |
|---|---|---|

Index Number: 22-CV-06964-VSB   Court Date: 9/28/2022 11:00 am
Date Filed: _____

BBW2022009080-3

Plaintiff:
**CALEB S. HERNANDEZ,**

vs.

Defendant:
**LARRY MILLER, and**
**ERIC EISBRENNER,**

Received by Larry Quintanilla on the 16th day of September, 2022 at 10:50 am to be served on **JASON WARD, 8134 MANDERLY PLACE, CONVERSE, TX 78109**.

I, Larry Quintanilla, do hereby affirm that on the **16th day of September, 2022** at **4:06 pm, I:**

**SUBSTITUTE** served by personally delivering a true copy of the **ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER/ AMENDED VERIFIED COMPLAINT/ MEMORANDUM OF LAW IN SUPPORT OF ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER/ LOCAL RULE 6.1 DECLARATION OF COUNSEL IN SUPPORT OF ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER/ DECLARATION SUPPORT OF ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER/ EXHIBITS 1-4** with the date of service endorsed thereon by me, to: **JACQUELINE ROBELLARD** as **CO-RESIDENT** at the address of: **8134 MANDERLY PLACE, CONVERSE, TX 78109**, the within named person's usual place of **Abode**, who resides therein, who is eighteen (18) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, they refused to state whether or not the Defendant is married.

**Additional Information pertaining to this Service:**
9/16/2022  2;57pm recipient called he stated he was working out of state.He stated that a woman named, Jackie was at his residence and he authorized her to accept service on his behalf.

9/16/2022  3:10 pm  9/16/2022  3:10 pm  Attempted service at 8134 MANDERLY PLACE, CONVERSE, TX 78109 Arrived at recipient's residence, made contact with Jacqueline Robellard, she signed the field sheet accepting service on recipient's behalf.

**Description** of Person Served: Age: 45 to 50, Sex: F, Race/Skin Color: Caucasian, Height: 5'5" to 5'10, Weight: 220 TO 225, Hair: DARK BROWN, Glasses: Y

## RETURN OF SERVICE For 22-CV-06964-VSB

"My name is Larry Quintanilla my date of birth is 1/27/1951 and my address is 1406 W. Salinas San Antonio, TX 78207. I declare under penalty of perjury that the foregoing is true and correct. Executed in Bexar County, State of Texas on September 19, 2022 by Larry Quintanilla declarant."

_____

**Larry Quintanilla**
PSC-2050, Exp 4/30/24

**Pronto Process**
**1406 W Salinas**
**San Antonio, TX 78207**
**(210) 226-7192**

Our Job Serial Number: BBW-2022009080

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i